JOSEPH EUGENE MARTIN
18271 SIMMONS DR
SAUCIER, MS 39574

JC ENTERPRISES LLC
PO BOX 3307
GULFPORT, MS 39505

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 183003
COLUMBUS, OH 43218

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

CONSERVE
200 CROSS KEYS
OFFICE PA
FAIRPORT, NY 14450

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT, MS 39502

CRDTSVCSSWLA
2605 COMMON STREET
LAKE CHARLES, LA 70601

MERCHANTS ADJUSTMENT
ATTN: BANKRUPTCY
56 NORTH FLORIDA ST
MOBILE, AL 36607

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

HARLEY DAVIDSON
ATTN: BANKRUPTCY
PO BOX 22048
CARSON CITY, NV 89721

SMB RADIOLOGY
P.O. BOX 1330
GULFPORT, MS 39502

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-734(

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

TOWER LOAN
12100 HIGHWAY 49
STE 900
GULFPORT, MS 39503