Certificate Number: 17082-MSS-DE-041317760

Bankruptcy Case Number: 26-51008



17082-MSS-DE-041317760

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 12, 2026</u>, at <u>10:23</u> o'clock <u>AM MST</u>, <u>JOSEPH E MARTIN Sr</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>August 12, 2026</u>          By:      <u>/s/Orsolya K Lazar</u>

                                        Name:   <u>Orsolya K Lazar</u>

                                        Title:    <u>Executive Director</u>