United States Bankruptcy Court
Southern District of Mississippi

In re: Joseph Eugene Martin
Debtor

Case No. 26-51008-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 2
Date Rcvd: Oct 29, 2026 | Form ID: 318 | Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Eugene Martin, 18271 Simmons Dr, Saucier, MS 39574-7530 |
| 5688064 | + | Crdtsvcsswla, 2605 Common Street, Lake Charles, LA 70601-7430 |
| 5688065 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5688072 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5688063 | | Email/Text: IBNK@conserve-arm.com | Oct 29 2026 09:24:00 | Conserve, 200 Cross Keys, Office PA, Fairport, NY 14450 |
| 5688062 | + | EDI: WFNNB.COM | Oct 29 2026 13:22:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5688066 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 29 2026 09:25:00 | Harley Davidson, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5688068 | + | Email/Text: ebone.woods@usdoj.gov | Oct 29 2026 09:24:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5688067 | | EDI: IRS.COM | Oct 29 2026 13:22:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5688069 | | Email/Text: sandy@jce.ms | Oct 29 2026 09:24:00 | JC Enterprises LLC, PO Box 3307, Gulfport, MS 39505 |
| 5716640 | ^ | MEBN | Oct 29 2026 09:19:47 | John S. Simpson, Esq., American Credit Corporation, of Mississippi, LLC, P.O. Box 2058, Madison MS 39130-2058 |
| 5688070 | + | Email/Text: melissa.martin@kfcu.org | Oct 29 2026 09:24:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5688071 | | Email/Text: bk@lendmarkfinancial.com | Oct 29 2026 09:24:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5688073 | | Email/Text: sheri@masinc.org | Oct 29 2026 09:24:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5688074 | | EDI: MSDOR | Oct 29 2026 13:22:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5688076 | + | EDI: SYNC | Oct 29 2026 13:22:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5688078 | ^ | MEBN | Oct 29 2026 09:19:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC |

20530-0001

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Credit Corporation of Mississippi, LLC |
| 5688075 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |
| 5688077 | ##+ | Tower Loan, 12100 Highway 49, Ste 900, Gulfport, MS 39503-3144 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com MS18@ecfcbis.com |
| John S. Simpson | on behalf of Creditor American Credit Corporation of Mississippi LLC jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Eugene Martin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Joseph Eugene Martin**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–7545** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–51008–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Joseph Eugene Martin**
aka Joseph E Martin, aka Joseph Eugene Martin Sr

Dated: 10/14/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**